MARIE J. SIMPSON, APPELLANT, V. WILLIAM S. SIMPSON, APPELLEE.

359 N.W.2d 349

Filed December 7, 1984.   No. 83-812.

Carolyn A. Rothery of Byrne, Rothery, Borchers & Lewis, P.C., for appellant.

Michael L. Getty, for appellee.

KRIVOSHA, C.J., HASTINGS, SHANAHAN, and GRANT, JJ., and MCCOWN, J., Retired.

PER CURIAM.

This court has considered the complete record in this case. We conclude, on our de novo review of the record, that the trial court did not abuse its discretion in entering its order and judgment herein. See *Guggenmos v. Guggenmos, ante* p. 746, 359 N.W.2d 87 (1984).

AFFIRMED.